IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth LINCOLN,<br><br>    Plaintiff,<br><br>v.<br><br>Joseph ARPAIO,<br><br>    Defendant. | CV 05-2683-PHX-SMM (CRP)<br>CV 05-3122-PHX-SMM (CRP)<br>(Consolidated)<br><br>ORDER |

On June 30, 2006, Magistrate Judge Charles R. Pyle filed a Report and Recommendation, advising this Court that Plaintiff's Complaint and this action should be dismissed without prejudice for failure to comply with court orders and failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. [Doc. No. 6] To date, Plaintiff has not filed objections to Judge Pyle's Report and Recommendation.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)).

By failing to object to a Report and Recommendation, a party waives its right to challenge the Magistrate's factual findings, but not necessarily the Magistrate's legal

conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

## DISCUSSION

Having reviewed the legal conclusions of the Report and Recommendation of the Magistrate Judge, and no objections having been made by Plaintiff thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

For the reasons set forth,

**IT IS ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Charles R. Pyle. [Doc. No. 6]

**IT IS FURTHER ORDERED** that Plaintiff's Complaint and this action, as well as the member case CV 05-3122-PHX-CRP, are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall terminate those actions accordingly.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to all parties as well as to Magistrate Judge Charles R. Pyle.

DATED this 1st day of August, 2006.

Stephen M. McNamee
United States District Judge